### In the Matter of Carol Marie GORDON.

**No. 636 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 5, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of February, 2001, Carol Marie Gordon having been indefinitely suspended from the practice of law in the State of Maryland by Order of the Court of Appeals of Maryland dated June 26, 1997, and having been disbarred from the practice of law in the District of Columbia by Order of the District of Columbia Court of Appeals dated November 5, 1998; the said Carol Marie Gordon having been directed on November 30, 2000, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Carol Marie Gordon is disbarred from the practice of law in this Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

### In the Matter of Andrea Yvette PRINCE.

**No. 628 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 20, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of February, 2001, Andrea Yvette Prince having been indefinitely suspended from the practice of law before naval tribunals and also having been indefinitely suspended from providing individual legal assistance in the Department of the Navy by Order of the Judge Advocate General of the Navy dated April 26, 2000; the said Andrea Yvette Prince having been directed on November 17, 2000, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Andrea Yvette Prince is suspended from the practice of law in this Commonwealth consistent with the Order of the Judge Advocate General of the Navy dated April 26, 2000, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.